# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION


Quinan Trojanowski,

      Plaintiff,

-V-                                       Case No. 2:04-cv-0781
                                             JUDGE SMITH
                                             Magistrate Judge Kemp

Rich Products Disability Income
Plan, et al.,

      Defendants.


## ORDER

The parties filed a stipulation of dismissal in this action pursuant to Fed. R. Civ. P. 41(1)(ii) on August 11, 2005.

The motion for summary judgment on the administrative record (Doc. 16) is **MOOT**.

The Clerk shall remove Doc. 16 from the Court's pending CJRA motions list.


      **IT IS SO ORDERED.**


                        **/s/ George C. Smith**_____
                        **GEORGE C. SMITH, JUDGE**

**UNITED STATES DISTRICT COURT**